# Updike, Kelly & Spellacy, P.C.

Counselors at Law

Hartford • New Haven • Stamford

**MERITAS**
LAW FIRMS WORLDWIDE
An Alliance Member

FILED

2004 OCT 14 P 2: 20

One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680

James N. Tallberg
(860) 548-2611
jtallberg@uks.com

October 13, 2003

**VIA FACSIMILE ONLY 203-579-5704**
The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06601

Re: **Peter Kelemencky v. State Trooper Cusato, et al.**
Docket No. 3:01CV01811(CFD)
Insured: Town of Middlebury

Dear Judge Underhill:

When the parties recently appeared before Your Honor regarding the Defendants' Motion for Summary Judgment, there was a sentiment that a Settlement Conference might be productive. Unfortunately, we were unable to schedule the Settlement Conference prior to the November 5 trial call. We have been in contact with Judge Garfinkle's Chambers and are attempting to schedule the Settlement Conference in early to mid November. Therefore, I respectfully request that this matter be continued from the November 5 trial call in order to allow the parties time to conduct a Settlement Conference.

Very truly yours,

James N. Tallberg

JNT/dlm

cc: Stephen Sarnoski, Esq. (via facsimile 860-808-5591)
John Radshaw, III, Esq. (via facsimile 203-757-9313)
Tavis Tindall, Esq. (via facsimile 203-757-9313)

340794
33960.00177