(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

PETER KELEMENCKY,
    PLAINTIFF

**APPEARANCE**

2004 JAN -5  A 10: 43

vs.

STATE TROOPER CUSATO #1090, et al
    DEFENDANTS

CASE NUMBER: 3:01 CV 1811 SRU

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        THE PLAINTIFF, PETER KELEMENCKY

| | |
|---|---|
| January 5, 2004 | _(signature)_ |
| Date | Signature |
| ct09880 | Timothy C. Moynahan |
| Federal Bar Number | Print Clearly or Type Name |
| (203) 573-1411 | P.O. Box 2242, 141 E Main Street |
| Telephone Number | Address |
| | Waterbury, CT  06722-2242 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED

_(signature)_
Timothy C. Moynahan

## **CERTIFICATION**

This is to certify that a copy of the foregoing dated January 5, 2004 was hand delivered to the following counsel of record on the 5t[h] day of January, 2004:

John J. Radshaw III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Stephen R. Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

James Talberg, Esq.
Updike, Kelly & Spellacy
1 State Street, P.O. Box 231277
Hartford, CT 06123-1277


U. S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
Clerk's office

Timothy Moynahan

13