UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 5, 2004
10:00 a.m.

*Held 5 hours.*

CASE NO. **3:01cv1811 (SRU)**   **Kelemencky v State Trooper Cusato, et al**

Thomas R. Gerarde
Howd & Ludorf
Wethersfield Ave.
Hartford, CT 06114-1190


John J. Radshaw III.
Howd & Ludorf
Wethersfield Ave.
Hartford, CT 06114-1190


Jessica A. Ranciato
Ellis & Gillis
Whitney Ave.
Ste. 502
New Haven, CT 06510


Stephen Richard Sarnoski
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105


James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Avis O. Tindall
Moynahan, Ruskin, Mascolo & Minnella
141 East Main St., Po Box 2242
Waterbury, CT 06722-2242


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK