HONORABLE **Stefan Underhill** Cl. cy) el (January 18, 2002)
DEPUTY CLERK **Mantz** RPTR/ERO/TAPE **Catuoci**

TOTAL TIME: ___ hours **10** minutes

DATE **1-20-04**    START TIME **10:30**    END TIME **10:40**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:01cv1811 (SRU)**    **Tauss Tindall**
§
§                                 **Timothy Moynahan**
§                                 Plaintiffs Counsel
**Kelemencky**                    § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
vs.                               §
**Cusato, et al**                 § **Stephen Sarnoski**
§                                 Defendants Counsel
                                  **John Radshaw**
                                  **Amy Freeman**

### CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to ___

☑ ....... ☐ (jyselect./h) Jury Selection held ☑ Jury Selection continued until **7-8-04**

☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ # jurors present

☐ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ....... Voir Dire by Court

☐ ....... Peremptory challenges exercised (See attached)

☐ ....... Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ....... Remaining jurors excused

☐ ....... Discovery deadline set for ___

☐ ....... Disposition Motions due ___

☑ ....... Joint trial memorandum due **6-11-04**

☑ ....... Trial continued until **7-12-04** at **9:00 A.M.**

☑ COPY TO: JURY CLERK