FILED

2004 JAN 20  A 9: 32

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER KELEMENCKY, | CIVIL ACTION NO. 3:01-CV-01811 (SRU) |
| Plaintiff, | |
| v. | |
| STATE TROOPER #1091, ET AL, | JANUARY 20, 2004 |
| Defendants. | |

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel for defendant Sergeant Richard Wildman, in addition to the appearances filed by James N. Tallberg.

                    DEFENDANTS,
                    RICHARD WILDMAN

                    By: _____
                    MATTHEW FREIMUTH, ESQ.
                    Federal Bar Number Ct25245
                    JAMES N. TALLBERG, ESQ.
                    Federal Bar Number ct17849
                    UPDIKE, KELLY & SPELLACY, P.C.
                    One State Street, P.O. Box 231277
                    Hartford, CT 06123-1277
                    Tel. No. (860) 548-2600

350590

## CERTIFICATION

This is to certify that the foregoing, Appearance, has been hand delivered, this 20 day of January 2004, to the following counsel of record:

**TAVIS TINDALL, ESQ.**
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
Waterbury, CT 06722

**JOHN J. RADSHAW, III, ESQ.**
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

**STEPHEN R. SARNOSKI, ESQ.**
Assistant Attorney General
110 Sherman Avenue
Hartford, CT 06105

_____
MATTHEW FREIMUTH, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

350590