FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 30  A 11: 50

| | |
|---|---|
| PETER KELEMENCKY,<br>*plaintiff,* | NO. 3:01CV1811(SRU) |
| V. | |
| STATE TROOPER CUSATO, *et al.,*<br>*defendants.* | JANUARY 29, 2004 |

## ANSWER AND DEFENSES

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the defendants hereby answer the plaintiff's Second Amended Complaint dated November 4, 2002, as follows:

1. Paragraph 1 is denied.

2. Paragraph 2 is admitted.

3. As to paragraph 3, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted, except that Sergeant Wildman is not a trooper.

6. Paragraph six is denied.

7. Paragraph 7 is admitted.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

15. Paragraph 15 is denied.

16. Paragraph 16 is denied.

17. Paragraph 17 is denied.

18. Paragraph 18 is denied.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

25. Paragraph 25 is denied.

26. Paragraph 26 is denied.

27. Paragraph 27 is admitted.

28. As to paragraph 28, and all sub-paragraphs thereunder, the defendants lack sufficient knowledge and information with which to form a belief and leave the plaintiff to his proof.

29. Paragraph 29 is denied.

30. Paragraph 30 and all sub-paragraphs thereunder are denied.

31. Paragraph 31 is denied.

32. Paragraph 32 is denied.

33. Paragraph 33 is denied.

34. Paragraph 34 is denied.

35. Paragraph 35 and all sub-paragraphs thereunder are denied.

36. The plaintiff's prayer for relief is denied.

## AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the defendants raise the following affirmative defenses to the allegations contained in the plaintiff's complaint.

### FIRST AFFIRMATIVE DEFENSE:

At all times relevant to this lawsuit, the defendants, and each of them, carried out their duties with the good faith belief that they were acting lawfully and not in violation of any known rights of the plaintiff. The defendants are, therefore, entitled to qualified, good faith immunity from any judgment of monetary damages.

### SECOND AFFIRMATIVE DEFENSE

At all times relevant to the incident alleged in the complaint, the defendants were acting in their official capacities as peace officers duly appointed under the authority of the State of Connecticut. As such, the defendants' use of force in order to apprehend the plaintiff for the commission or attempted commission of offenses against the laws of the State of Connecticut was privileged under Connecticut General Statutes § 53a-22.

### THIRD AFFIRMATIVE DEFENSE

At all times during the course of the incident alleged in the complaint, the defendants acted reasonably and upon the basis of probable cause in arresting the plaintiffs for violations of the laws of the State of Connecticut committed in their presence or upon the speedy information of others under Connecticut General Statutes § 54-1f..

3

DEFENDANTS
Joseph Cusato, Paul Lukienchuk, Jason DeSousa, David Pandiscia, Thomas Blake, and James Dolan

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following *pro se* parties and/or counsel of record on this 29th day of January, 2004.

Timothy Moynahan, Esq.
Tavis Tindall, Esq.
Moynahan, Ruskin, Mascolo & Minnella
141 East Main Street
P.O. Box 2242
Waterbury, Connecticut 06722-2242

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

Matthew Freimuth, Esq.
James Tallberg, Esq.
Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, Connecticut 06123-1277

Stephen R. Sarnoski
Assistant Attorney General

5