FILED

2004 MAR -9  A 11: 42

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER KELEMENCKY,<br>    PLAINTIFF | :<br>: |
| VS. | :   CIVIL ACTION NO.:<br>:<br>:   3:01 CV 1811 SRU |
| STATE TROOPER CUSATO #1090; ET AL.<br>    DEFENDANTS | :<br>:   MARCH 8, 2004 |

### PLAINTIFF'S REPLY TO ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT OFFICER TOKARZ #LC43 FROM WOODBURY RESIDENT TROOPERS

The Plaintiff, Peter Kelemencky, by and through his attorneys, Moynahan, Minnella, Broderick and Tindall, hereby responds to the Answer and Affirmative Defenses filed by Defendant, Officer Tokarz #LC43 from Woodbury Resident Troopers dated February 17, 2004, by denying each and every allegation of Defendant's Answer and Affirmative Defenses in their totality, and leaves the defendant to his proof except as to those portions of Defendant's pleadings which admit the allegations of Plaintiff's Complaint.

PLAINTIFF,
PETER KELEMENCKY

By: /s/ Tavis Tindall
Tavis Tindall
Federal Bar Number: ct 18892
Moynahan, Minnella, Broderick & Tindall
141 East Main Street, P.O. Box 2242
Waterbury, CT 06722-2242
(203) 573-1411

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage pre-paid, on this 8th day of May, 2004 to:

Thomas R. Gerarde, Esq.
John J. Radshaw III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James N. Tallberg, Esq.
Updike, Kelly & Spellacy
1 State Street, P.O. Box 231277
Hartford, CT 06123-1277

Stephen R. Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Tavis Tindall
Commissioner of the Superior Court