UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER KELEMENCKY : NO.: 3:01 CV 1811 (SRU)

v. :

STATE TROOPER CUSATO #1090; STATE :
TROOPER LUKIENCHUK #573; STATE
TROOPER DESOUSA #1113; STATE :
TROOPER PANDISCIA #559; STATE
TROOPER BLAKE #1338; SERGEANT :
TROOPER DOLAN #268, ALL FROM
CONNECTICUT STATE TROOPERS :
TROOP L LITCHFIELD; SERGEANT
WILDMAN #207, FROM MIDDLEBURY :
POLICE DEPARTMENT; OFFICER
TOKARZ #LC43, FROM WOODBURY :
RESIDENT TROOPERS : JUNE 11, 2004

## MOTION IN LIMINE
## RE "RELEVANT PORTIONS OF CRIMINAL FILES" OF PETER KELEMENCKY AND JOSEPH PALLADINO

Pursuant to Fed.R.Evid. 403 and Fed.R.Civ.P. 26 & 37, the defendant, OFFICER TOKARZ #LC43, FROM WOODBURY RESIDENT TROOPERS, hereby moves for an order, in limine, and respectfully requests that the court preclude the introduction of any documentary evidence in the form of the "relevant portions of the criminal files of Peter Kelemencky and Joseph Palladino."

As a threshold matter, none of these documents as offered by the plaintiff for the first time in the joint trial memorandum have ever been disclosed. On that basis, they should be excluded. Fed.R.Civ.P. 37. The defendants propounded written discovery which sought the identification of such documents and the production of the same.

Nothing in the nature as proposed by the plaintiff in the joint trial memorandum has been received.

Additionally, the "relevant portions" of the criminal files of Peter Kelemencky and Joseph Palladino are wholly irrelevant. There is nothing in the plaintiff's criminal file that is relevant to his case; he was found not guilty of the crimes charged by a jury of his peers. As to the file of Joseph Palladino, the actual charges or disposition brought against him are irrelevant and immaterial to the plaintiff's cause of action. Without more specificity than the "relevant portions" and in the absence of prompt disclosure, the defendants are left to speculate about possible ambush and surprise. These documents should be precluded.

WHEREFORE, the defendant, OFFICER TOKARZ #LC43, FROM WOODBURY RESIDENT TROOPERS, prays that the court enters an order, in limine, precluding the introduction of any documentary evidence in the form of the "relevant portions of the criminal files of Peter Kelemencky and Joseph Palladino."

DEFENDANT,
OFFICER TOKARZ #LC43, FROM
WOODBURY RESIDENT TROOPERS

_____
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

2

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 14th day of June 2004.

Tavis O. Tindall, Esquire
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
Waterbury, CT 06722

James N. Tallberg, Esquire
Matthew Freimuth, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Stephen R. Sarnoski, Esquire
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

                                        John J. Radshaw, III