UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JUN 17 A 11: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PETER KELEMENCKY                :  NO.: 3:01 CV 1811 (SRU)

v.                              :

STATE TROOPER CUSATO #1090; STATE   :
TROOPER LUKIENCHUK #573; STATE
TROOPER DESOUSA #1113; STATE        :
TROOPER PANDISCIA #559; STATE
TROOPER BLAKE #1338; SERGEANT       :
TROOPER DOLAN #268, ALL FROM
CONNECTICUT STATE TROOPERS          :
TROOP L LITCHFIELD; SERGEANT
WILDMAN #207, FROM MIDDLEBURY       :
POLICE DEPARTMENT; OFFICER
TOKARZ #LC43, FROM WOODBURY         :
RESIDENT TROOPERS                   :  JUNE 11, 2004

## MOTION IN LIMINE
### RE TESTIMONY OR ATTORNEY MINELLA OR OTHER ATTORNEY AS EXPERT CONCERNING LEGAL FEES IN UNDERLYING CRIMINAL CASE

Pursuant to Fed.R.Evid. 403 & 702, the defendant, OFFICER TOKARZ #LC43, FROM WOODBURY RESIDENT TROOPERS, hereby moves for an order, in limine, and respectfully requests that the court preclude any testimony by Attorney Minella or any other undisclosed expert witness attorney concerning the reasonableness of attorney's fee charged to the plaintiff in the underlying criminal action.

The reasonableness of an attorney's fee is a matter for an expert opinion as it is outside the ordinary knowledge of a layperson such as a juror. This is not a question of the court awarding fees under section 1988 as the court is aware of prevailing rates etc. and could take judicial notice of the relevant markets. In this case the jury is the finder of fact and the reasonableness of the fee is a question for an expert. Attorney Minella

was never disclosed as an expert and to date, no expert has ever been disclosed on this subject. The defendants were ambushed with this proffered testimony through the plaintiff's portion of the joint trial memorandum. Because of the failure to no disclosure, there should be no testimony on this topic, either through Attorney Minella or some other attorney. D.Conn.L.R. 83.13 does not change the analysis.

WHEREFORE, the defendant, OFFICER TOKARZ #LC43, FROM WOODBURY RESIDENT TROOPERS, prays the court will enter an order, in limine, precluding any testimony by Attorney Minella or any other undisclosed expert witness attorney concerning the reasonableness of attorney's fee charged to the plaintiff in the underlying criminal action.

DEFENDANT,
OFFICER TOKARZ #LC43, FROM
WOODBURY RESIDENT TROOPERS

_____
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 14th day of June 2004.

Tavis O. Tindall, Esquire
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
Waterbury, CT  06722

James N. Tallberg, Esquire
Matthew Freimuth, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277

Stephen R. Sarnoski, Esquire
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105

_____
John J. Radshaw, III