UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER KELEMENCKY, | : | NO. 3:01CV-1811(SRU) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| STATE TROOPER CUSATO, *et al.*, | : | |
| *defendants.* | : | JULY 9, 2004 |

**STATE POLICE DEFENDANTS'**
**PROPOSED PRETRIAL JURY INSTRUCTIONS**

The below named defendants hereby submit the following proposed language to substitute for that relating to the defendants' position on page #8 of the Court's proposed pretrial jury instructions;

The defendants respond that as a result of the information in their possession at the time they encountered the plaintiff, Peter Kelemencky, they reasonably believed him to be the armed and dangerous domestic violence suspect they were seeking, and so were justified in stopping the pickup truck he was operating to investigate further. The defendants argue that when they ordered Kelemencky to exit his vehicle he did so, but appeared to be intoxicated and did not obey their repeated instructions to get down on the ground. They argue that Kelemencky was forcibly taken to the ground by Sergeant Wildman only after he disobeyed their instructions and appeared to be returning to his truck where, the officers feared, he might obtain a weapon or engage the officers in a vehicular pursuit.

The defendants argue that only after Kelemencky was subdued and handcuffed did they learn that he was not, in fact, the armed and dangerous suspect they were seeking. However, because he did not obey their instructions during the earlier investigation, and because he had

1

been operating his pickup truck while under the influence of alcohol, Kelemencky was nonetheless arrested for interfering with a police officer and operating a motor vehicle while under the influence of alcohol. The defendants categorically deny that they manufactured any evidence, attempted to coerce any witnesses, testified falsely or submitted false police reports. They argue that they acted properly based upon the facts as they knew them at the time, that their arrest and prosecution of the plaintiff was supported by probable cause, and that they did not violate any of Kelemencky's rights.

DEFENDANTS
Paul Lukienchuk, Jason DeSousa, David Pandiscia, and James Dolan

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail:  stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the _____ day of _____, 2004.

    Timothy Moynahan, Esq.
    Tavis Tindall, Esq.
    Moynahan, Ruskin, Mascolo & Minnella
    141 East Main Street
    P.O. Box 2242
    Waterbury, Connecticut 06722-2242

    John J. Radshaw, III, Esq.
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, Connecticut  06114-1190

    James Tallberg, Esq.
    Updike, Kelly & Spellacy
    One State Street
    Hartford, Connecticut 06103

                                                                 /s/_____
                                                                 Stephen R. Sarnoski
                                                                 Assistant Attorney General