UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER KELEMENCKY, | : | NO. 3:01CV-1811(SRU) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| STATE TROOPER CUSATO, *et al.,* | : | |
| *defendants.* | : | JULY    , 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

                                              THE PLAINTIFF
                                              Peter Kelemencky


                                              ___/s/_____
                                              Timothy Moynahan, Esq.
                                              Moynahan, Minnella & Tindall, LLC
                                              141 East Main Street
                                              P.O. Box 2242
                                              Waterbury, Connecticut 06722-2242
                                              Tel; (203) 573-1411
                                              Fed. Bar No. ct09880

# **CERTIFICATION**

This is to certify that a copy of the foregoing Motion for Order of Dismissal was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the _____ day of _____, _____.

Stephen R. Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114-1190

James Tallberg, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, Connecticut 06103

\_\_/s/_____
Timothy Moynihan
Attorney At Law