FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 AUG -4  A 10: 23

U.S. DISTRICT COURT

| | | |
|---|---|---|
| PETER KELEMENCKY,<br>*plaintiff,* | : | NO. 3:01CV-1811(SRU) |
| | : | |
| V. | : | |
| | : | |
| STATE TROOPER CUSATO, *et al.,*<br>*defendants.* | : | JULY 30, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

THE PLAINTIFF
Peter Kelemencky

Timothy Moynahan, Esq.
Moynahan, Minnella & Tindall, LLC
141 East Main Street
P.O. Box 2242
Waterbury, Connecticut 06722-2242
Tel; (203) 573-1411
Fed. Bar No. ct09880