# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Kelemencky v. Cusato, et al

FILED

2005 FEB 24  P 1: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER:  3:01cv1811 SRU

## ORDER OF DISPOSAL OF PROPERTY

Notice was sent to counsel of record in the above-identified case that absent the filing of a motion for return of property or an objection by __2/17/2005__, all property will be disposed of accordingly.

No motion for return of property or objection having been filed to date, it is hereby **ORDERED** that the following property may be disposed of accordingly:

**Surety Bond #62268951 in the amount of $1,000. Western Surety Company, dated 1/7/02**

Dated at __Bridgeport__, this __22nd__ Day of __February__, 2005

Hon. Stefan R. Underhill
United States District Judge

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

January 24, 2005

Timothy C. Moynahan
Moynahan Minnella & Tindall
141 East Main St., PO Box 2242
Waterbury, CT 06722-2242

Re: 3:01cv1811 SRU
Kelemencky v. Cusato, et al

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by __02/03/2005__ for the following items:

**Surety Bond #69268951 in the amount of $1,000. Western Surety Company - dated 1/7/02**

Any objection to the return of this property shall be filed by __02/10/2005__.

If no motion or objection has been filed by __02/17/2005__, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _[signature]_
Deputy Clerk

cc: counsel of record